# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

139626

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JESUS RUIZ HERNANDEZ,
     Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139626
COA: 284565
Wayne CC: 07-004709-01-FC

On order of the Court, the application for leave to appeal the July 21, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk